UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE V. GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | No. 1:19-cv-00861 (JDP)<br><br>STIPULATION OF DISMISSAL AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared," IT IS HEREBY STIPULATED BY ALL PARTIES, through their undersigned attorneys, and with the approval of the Court, that Plaintiff voluntarily dismiss, with prejudice, the above-referenced action. Each party agrees to bear their own attorney fees, costs, and expenses associated with the action.

                                           Respectfully submitted,

Dated: March 11, 2020                  NEWEL LAW

                                  By:   *Melissa Newel*
                                          Melissa Newel
                                          Attorney for Plaintiff

| | |
|---|---|
| | ROSE V. GUTIERREZ |

Dated: March 11, 2020

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: <u>Michael Marriott\*</u>
MICHAEL MARRIOTT
(\**authorized by email dated 03/11/2020*)
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

Based upon the stipulation of the parties, this matter is terminated and the Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   March 13, 2020                             _____
                                                    UNITED STATES MAGISTRATE JUDGE

No. 204.